FILED

2026 Jun-22  PM 12:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:25-cr-412-ACA-JHE-2** |
| | ] | |
| **ROBERT L. THOMAS,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## ORDER

Defendant **Robert L. Thomas** has entered pleas of guilty to Count One of the indictment. On May 29, 2026, the magistrate judge entered a report recommending that the court accept the guilty plea. (Doc. 56). Mr. Thomas has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the plea.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this June 22, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE